FILED

08/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0262

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 21-0262**

---

IN RE THE MARRIAGE OF:

DEVON E. MILLER,

          Petitioner/Appellee,

and

BRIAN T. MILLER,

          Respondent/Appellant.

**ORDER DISMISSING APPEAL**

---

This matter came before the Court on the parties' Stipulated Motion to Dismiss Appeal, filed pursuant to M.R.App. P. 16(5). Having considered the same, and for good cause shown,

IT IS HEREBY ORDERED that this matter is dismissed.

DATED and electronically signed as indicated below.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
August 23 2021